UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 6:18-CR-3 |
| | § | |
| RICHARD ARDELL ALLEN | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

On May 21, 2018, a detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The undersigned set bond at the hearing. After the hearing, the undersigned was contacted by supervising United States Probation Officer Sara Villarreal and informed that the pretrial services report was incomplete and there were additional facts and criminal history that had come to light. The undersigned reconvened and reopened the detention hearing on May 22, 2018. The undersigned has determined that the following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The order setting bond is vacated. The defendant is ordered detained pending trial. The defendant has been indicted. Therefore, the evidence meets the probable cause standard. The defendant was released on bond for a state charge involving allegations of violence at the time of the commission of the offense alleged in count 2 of the indictment

in the instant case. Therefore, the defendant has shown the inability or unwillingness to comply with conditions of release. The findings and conclusions contained in the Pretrial Services Report and addendum are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 22nd day of May, 2018.

_____
Jason B. Libby
United States Magistrate Judge